```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION
```

KRISTIE D. HORNSBY, :
:
     Plaintiff, :
: CIVIL ACTION
     v. : NO. 1:03-CV-1668-GET-ECS
:
THREE DOLLAR CAFÉ III, INC. :
d/b/a THREE DOLLAR CAFÉ, :
NORMAN DAVIS, KEN HEROCK, :
and KEVIN ELLIS, :
:
     Defendants.

## **O R D E R**

On March 22, 2006, this Court issued an order deferring Defense counsel's motion to withdraw from representation of Defendant Kevin Ellis. [Doc. 175]. Upon Defendant Ellis' objection to withdrawal during the March 16, 2006, hearing, Defense counsel and Defendant Ellis were directed to confer regarding future representation, fee arrangements, and settlement, and to advise the Court of these results within ten days of the hearing. [Docs. 171, 175]. On March 30, 2006, Defense counsel advised the Court, via letter, that an agreement was not able to be reached with Defendant Ellis as to these matters. Upon consideration, the Court **GRANTS** the motion to withdraw as to Defendant Ellis. [Doc. 164]. The Court finds that Defense counsel has complied with LR 83.1E and the Court's directives pursuant to their request to withdraw from representing Defendant Ellis in this case.

AO 72A
(Rev.8/82)

A copy of this Order shall be served upon Defendant Ellis at his last known addresses: Kevin Ellis, c/o Legal Department, McCar Homes, 4125 Old Milton Parkway, Alpharetta, GA 30005. Defendant Ellis is reminded that has been **DIRECTED** to file his portion of the pretrial order within thirty days of the March 22, 2006, order. See [Doc. 175]. Failure to file a pretrial order within thirty days may result in the entry of Plaintiff's pretrial order [Doc. 160] as the pretrial order in this case.

Defendant Ellis is also **DIRECTED** to advise the Court within thirty days of this order whether he (a) will proceed with new counsel, or (b) will seek to represent himself without counsel, also referred to as proceeding pro se. The current address and telephone number of new counsel must be provided, LR 83.1E(4), and such new counsel shall file a notice of appearance.

**SO ORDERED**, this 3rd day of April, 2006.

> S/ *E. Clayton Scofield III*
> E. CLAYTON SCOFIELD III
> UNITED STATES MAGISTRATE JUDGE