IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRISTIE DIANA HORNSBY, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : NO.1:03-CV-1668-GET-ECS |
| THREE DOLLAR CAFÉ III, INC., d/b/a THREE DOLLAR CAFÉ, NORMAN DAVIS, KEN HENROCK, AND KEVIN ELLIS, | : |
| Defendants. | : |

**O R D E R**

A review of the record in this case shows that Plaintiff Kristie Hornsby, Defendant Norman Davis, and Defendant Kevin Ellis filed individual proposed pretrial orders. [Docs. 160,181, 182]. Upon consideration, **IT IS ORDERED** that a consolidated pretrial order must be filed and a copy delivered to the undersigned on or before **May 5, 2006.** Plaintiff is **DIRECTED** to prepare the consolidated pretrial order, including the portion of the pretrial order submitted by Defendants Davis and Ellis, and to file the proposed consolidated order with the Court. A pretrial conference will be scheduled after the filing of the consolidated pretrial order.

**SO ORDERED,** this 25th day of April, 2006.

*s/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)